IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERA LADNER,** | § | CASE NO. 2:23-CV-04558-JTM-MI |
| | § | |
| **Plaintiff,** | § | |
| v. | § | |
| | § | |
| **AMERICAN GENERAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant American General Life Insurance Company ("American General") respectfully files its Answer and Affirmative Defenses to Plaintiff's Complaint for Damages (Dkt. #1, "Complaint") as follows:

#### I.     ANSWER

#### PARTIES

1. American General denies the allegations in Paragraph 1 of the Complaint for lack of knowledge or information sufficient to justify a belief in the truth thereof.

2. American General admits the allegations in Paragraph 2 of the Complaint for jurisdictional purposes only. Otherwise, denied.

#### JURISDICTION AND VENUE

3. American General admits the allegations in Paragraph 3 of the Complaint for jurisdictional purposes only. Otherwise, denied.

4. American General admits the allegations in Paragraph 4 of the Complaint for jurisdictional purposes only. Otherwise, denied.

5. American General admits the allegations in Paragraph 5 of the Complaint for jurisdictional purposes only. Otherwise, denied.

6. American General admits the allegations in Paragraph 6 of the Complaint for jurisdictional purposes only. Otherwise, denied.

7. American General admits the allegations in Paragraph 7 of the Complaint for jurisdictional purposes only. Otherwise, denied.

## FACTUAL BACKGROUND

8. American General denies the allegations in Paragraph 8 of the Complaint.

9. American General denies the allegations in Paragraph 9 of the Complaint.

10. American General denies the allegations in Paragraph 10 of the Complaint.

11. American General denies the allegations in Paragraph 11 of the Complaint.

12. American General denies the allegations in Paragraph 12 of the Complaint.

13. American General admits only that Hurricane Ida made landfall over Southeast Louisiana in August 2021. American General otherwise denies the allegations in Paragraph 13 of the Complaint.

14. American General admits the allegations in Paragraph 14 of the Complaint.

15. American General denies the allegations in Paragraph 15 of the Complaint for lack of knowledge or information sufficient to justify a belief in the truth thereof.

16. American General denies the allegations in Paragraph 16 of the Complaint for lack of knowledge or information sufficient to justify a belief in the truth thereof.

17. American General denies the allegations in Paragraph 17 of the Complaint for lack of knowledge or information sufficient to justify a belief in the truth thereof.

18. American General denies the allegations in Paragraph 18 of the Complaint for lack of knowledge or information sufficient to justify a belief in the truth thereof.

19. American General denies the allegations in Paragraph 19 of the Complaint.

20. American General denies the allegations in Paragraph 20 of the Complaint.

21. American General denies the allegations in Paragraph 21 of the Complaint.

22. American General denies that the statute referenced in Paragraph 22 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

23. American General denies the allegations in Paragraph 23 of the Complaint.

24. American General denies that the legal authorities or conclusions set forth in Paragraph 24 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

25. American General denies that the legal authorities or conclusions set forth in Paragraph 25 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

26. American General denies that the legal authorities or conclusions set forth in Paragraph 26 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

27. American General denies that the legal authorities or conclusions set forth in Paragraph 27 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

28. American General denies that the legal authorities or conclusions set forth in Paragraph 28 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

29. American General denies that the legal authorities or conclusions set forth in Paragraph 29 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

30. American General denies that the legal authorities or conclusions set forth in Paragraph 30 of the Complaint are applicable here, as American General did not issue an insurance policy covering Plaintiff's property.

31. American General denies the allegations in Paragraph 31 of the Complaint.

32. American General denies the allegations in Paragraph 32 of the Complaint.

33. American General denies the allegations in Paragraph 33 of the Complaint.

34. American General denies the allegations in Paragraph 34 of the Complaint.

35. American General denies the allegations in Paragraph 35 of the Complaint.

36. American General denies the allegations in Paragraph 36 of the Complaint.

## BREACH OF CONTRACT

37. American General denies the allegations in Paragraph 37 of the Complaint.

38. American General denies the allegations in Paragraph 38 of the Complaint.

39. American General denies the allegations in Paragraph 39 of the Complaint.

## STATUTORY DAMAGES, PENALTIES, ATTORNEY'S FEES, AND COSTS

40. American General denies the allegations in Paragraph 40 of the Complaint.

41. American General denies the allegations in Paragraph 41 of the Complaint.

## JURY TRIAL

42. American General admits that Plaintiff has requested a jury trial in Paragraph 42 of the Complaint. Otherwise, denied.

## PRAYER

American General denies that Plaintiff is entitled to any of the relief sought in the Complaint, and requests that upon trial or other final hearing on this matter, Plaintiff takes nothing, that judgment be entered against Plaintiff on all of her claims, and that the Court grant to American General the recovery of any and all costs, attorney's fees, expenses and such other and further relief to which American General may be justly entitled.

**Unless specifically admitted herein, American General denies the allegations in the Complaint.**

## II. AFFIRMATIVE DEFENSES

**A.  Facts Supporting Affirmative Defenses.**

1. American General Life Insurance Company is a life insurance company. It does not issue homeowner's policies as an ordinary part of its business.

2. American General did not issue a policy insuring Plaintiff's property.

3. American General is not a party to any contract with Plaintiff under which the company is obligated to insure Plaintiff's property.

4. Plaintiff has sued the wrong insurance company in this action.

**B.  Affirmative and Other Defenses.**

5. Plaintiff fails to state a claim upon which relief can be granted.

6. Plaintiff lacks standing to assert claims against American General.

7. Plaintiff's purported damages, if any, were cause in whole or in part by acts, events, and/or conditions beyond American General's control.

### III. CONCLUSION & PRAYER

WHEREFORE, Defendant American General Life Insurance Company prays that Plaintiff take nothing by way of her Complaint, that judgment be entered against Plaintiff on all of her claims, and that the Court grant to American General the recovery of any and all costs, attorney's fees, expenses and such other and further relief to which American General may be justly entitled.

Date: October 23, 2023                                      Respectfully submitted,

                                            By: */s/ Andrew J. Brien*
                                            **Andrew J. Brien**
                                            Louisiana Bar No. 37051
                                            MCDOWELL HETHERINGTON LLP
                                            1001 Fannin, Suite 2400
                                            Houston, TX 77002
                                            T: 713-333-5974
                                            F: 713-337-8850
                                            andrew.brien@mhllp.com
                                            **Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2023, a true and correct copy of this document was filed using the Court's electronic filing system. Notice of this filing will be sent by the Court's electronic case filing system to all counsel of record registered to receive service as required under applicable local rules. Parties may access this filing through the Court's electronic filing system.

/s/ *Andrew J. Brien*
Andrew J. Brien