### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **VERA LADNER,** | § | **CASE NO. 2:23-CV-04558-JTM-MBN** |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | **JUDGE JANE TRICHE MILAZZO** |
| **AMERICAN GENERAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | **MAGISTRATE JUDGE MICHAEL NORTH** |
| *Defendant*. | § | |

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Vera Ladner and Defendant American General Life Insurance Company stipulate and agree that this action is dismissed *without prejudice*, including all claims that were or could have been asserted or raised in this action.

Under Rule 41(a)(1)(A)(ii), no further order of the Court is required to effectuate the dismissal with prejudice and each party shall bear its own costs and attorney's fees.

[*Signature Page Follows*]

Dated: November 7, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Mark Ladd (w/ permission)* | */s/ Andrew J. Brien* |
| Mark Ladd | Andrew J. Brien |
| Louisiana Bar Number: 30847 | LA. BAR NO. 37051 |
| mark@galindolaw.com | MCDOWELL HETHERINGTON LLP |
| | 1001 Fannin, Suite 2400 |
| Chinwe Onyenekwu | Houston, TX 77002 |
| Louisiana Bar Number: 34013 | T: 713-333-5974 |
| chewa@galindolaw.com | F: 713-337-8850 |
| | andrew.brien@mhllp.com |
| Harry E. Cantrell, Jr. | *Attorney for Defendant American* |
| Louisiana Bar Number: 03852 | *General Life Insurance Company* |
| Of Counsel | |

Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served on this 7th day of November, 2023 via the Court's ECF System on all counsel of record.

/s/ *Andrew J. Brien*
Andrew J. Brien